Gladys Marie SMITH, Plaintiff—
Appellant,

v.

WYMAN–GORDON APCC COMPANY;
Liberty Mutual Insurance Company;
Richard E. McCue; Dave Lewis;
Geoff Hawkes; John Woods; Debra
M. Harmon; Jerry Sakoow, United
Steelworkers of America; Jane Eden,
Attorney; Robert Henderson; Joe
Carlson, USWA District 4; Wyman–
Gordon Pension Committee; United
Steelworkers of America, Defendants—Appellees.

No. 07–1517.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2007.

Decided: Sept. 13, 2007.

Gladys Marie Smith, Appellant Pro Se.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gladys Marie Smith appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Wyman–Gordon APCC Co.*, No. 4:06–cv–00267–FL (E.D.N.C. Apr. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*